# Order

April 13, 2006

129112

GREGORY J. BOWENS, PAULA M.
BRIDGES, GARY A. BROWN, ROBERT B.
DUNLAP, and PHILLIP A. TALBERT,
            Plaintiffs-Appellees,

v

AFTERMATH ENTERTAINMENT,
AMAZON.COM, INC., AOL TIME WARNER,
PHILIP J. ATWELL, BARNES & NOBLE, INC.,
BARNES & NOBLE.COM, INC., BEST BUY
CO., BLOCKBUSTER, INC., CHRONIC 2001
TOURING, INC., JOHN DOE NUMBER ONE,
JOHN DOE NUMBER TWO, EAGLE ROCK
ENTERTAINMENT, EAGLE VISION, INC.,
GERONIMO FILM PRODUCTIONS, HMV
MEDIA GROUP, HONIGMAN MILLER
SCHWARTZ & COHN, L.L.P., INGRAM
ENTERTAINMENT HOLDINGS, INTERSCOPE
RECORDS, INC., ERVIN JOHNSON, MAGIC
JOHNSON PRODUCTIONS, METROPOLITAN
ENTERTAINMENT, MOVIE GALLERY.COM,
INC., RADIO EVENTS GROUP, INC., RED
DISTRIBUTION, INC., PHIL ROBINSON,
WILLIAM SILVA, TRANS WORLD
ENTERTAINMENT, CORP., KIRDIS TUCKER,
W H SMITH, PLC, HOUSE OF BLUES
CONCERTS, BORDERS GROUP, INC.,
WHEREHOUSE ENTERTAINMENT, MGA,
INC., MTS, INC./TOWER RECORDS, THE
MUSICLAND GROUP, and ANDRE YOUNG,
            Defendants-Appellants,
and

CDNOW, INC., CIRCUIT CITY STORES, INC.,
HARMONY HOUSE RECORDS & TAPES, INC.,
HASTINGS ENTERTAINMENT, INC., and
PANAVISION, INC.,
            Defendants.

_____/

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129112
COA: 250984
Wayne CC: 02-233251-CZ

On order of the Court, the application for leave to appeal the April 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

Clerk

t0406